UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
Donald Cowan

CASE/CITATION NO. Mag. 06-36

ORDER TO PAY

SOCIAL SECURITY #: 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
DATE OF BIRTH: 5/1/49
DRIVER'S LICENSE #: ao4 19196
ADDRESS: 3918 Charles Ave
          Oakland    Ca    94803
          CITY       STATE  ZIP CODE

**FILED**

FEB 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

XDATE: 2/21/06          x Donald Cowan
                         DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 400.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 410.00  within four months days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( )    Community Service _____ with fees not to exceed $ _____
       completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC                  CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000       501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721             SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 2/21/06            _____
                         U.S. MAGISTRATE JUDGE

Clerk's Office